# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Metcalf, William C. | U.S. District Court, Western District of North Carolina | 05/05/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge--Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
100 Otis Street
Asheville, North Carolina 28801

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #2 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | Membership Interest Redemption Agreement with 11 North Market Street, LLC (membership interest repurchase) |
| 2. | 1997 | Van Winkle Law Firm Profit Sharing Plan (former law firm's 401K plan) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/05/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Metcalf, William C.** | 05/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔**     NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. HomeTrust Bank (cash) | A | Interest | K | T | | | | | |
| 3. First Citizens Bank (cash) | A | Interest | M | T | | | | | |
| 4. Wells Fargo Corporation Common Stock (WFC) | B | Dividend | L | T | | | | | |
| 5. Brokerage Account #1 (H) | | | | | | | | | |
| 6. Raymond James Bank Deposit Program (cash) | A | Interest | J | T | | | | | |
| 7. Russell Tax Managed US Mid and Small Cap Fund (RTSSX) | A | Dividend | K | T | | | | | |
| 8. Russell Tax Managed US Large Cap Fund (RETSX) | C | Dividend | M | T | Sold (part) | 06/18/19 | K | A | |
| 9. Russell Global Real Estate Securities Fund (RRESX) | A | Dividend | | | Sold | 06/18/19 | J | A | |
| 10. Russell Tax Exempt Bond Fund (RLVSX) | B | Dividend | K | T | Sold (part) | 06/18/19 | K | A | |
| 11. | | | | | Buy (add'l) | 12/04/19 | J | | |
| 12. Russell Global Infrastructure Fund (RGISX) | A | Dividend | | | Sold | 06/18/19 | K | A | |
| 13. Russell Tax Exempt High Yield Bond Fund (RTHSX) | B | Dividend | K | T | Sold (part) | 06/18/19 | K | A | |
| 14. | | | | | Buy (add'l) | 12/04/19 | J | | |
| 15. Russell Tax Managed International Equity Fund (RTNSX) | B | Dividend | M | T | Buy (add'l) | 06/18/19 | J | | |
| 16. | | | | | Buy (add'l) | 12/04/19 | J | | |
| 17. Russell Tax Managed Real Assets Fund Cl S N/L (TRXSX) | A | Dividend | K | T | Buy | 06/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 12/04/19 | J | | |
| 19. IRA #1 (H) | | | | | | | | | |
| 20. Russell Lifepoints Growth Strategy (RALCX) | A | Dividend | J | T | | | | | |
| 21. 401k Account #1 (H) | | | | | | | | | |
| 22. DFA Emerging Markets Core Equity I (DFCEX) | | None | | | Sold | 04/09/19 | K | A | |
| 23. DFA Inflation Protected Securities I (DIPSX) | | None | | | Sold | 04/09/19 | K | A | |
| 24. DFA International Real Estate Sec I (DFITX) | | None | | | Sold | 04/09/19 | K | A | |
| 25. DFA International Small Company I (DFISX) | | None | | | Sold | 04/09/19 | K | B | |
| 26. DFA Large Cap International I (DFALX) | | None | | | Sold | 04/09/19 | L | C | |
| 27. DFA One-Year Fixed Income I (DFIHX) | | None | | | Sold | 04/09/19 | L | A | |
| 28. DFA Real Estate Securities I (DFREX) | | None | | | Sold | 04/09/19 | K | B | |
| 29. DFA US Large Cap Growth Instl (DUSLX) | | None | | | Sold | 04/09/19 | M | D | |
| 30. DFA US Large Cap Value III (DFUVX) | | None | | | Sold | 04/09/19 | M | C | |
| 31. DFA US Small Cap Growth (DSCGX) | | None | | | Sold | 04/09/19 | M | C | |
| 32. DFA US Targeted Value I (DFFVX) | | None | | | Sold | 04/09/19 | M | B | |
| 33. Vanguard Total Bond Mkt Index (VBMFX) | | None | | | Sold | 04/09/19 | L | A | |
| 34. Trust #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Federated Govt Obli Fd-Prm (GOFXX) (cash equivalent) | A | Dividend | K | T | | | | | |
| 36. American Funds Europac Growth F3 (FEUPX) | A | Dividend | J | T | Sold (part) | 12/02/19 | J | | |
| 37. American Funds New World F3 (NFFFX) | A | Dividend | J | T | Buy (add'l) | 03/27/19 | J | | |
| 38. | | | | | Sold (part) | 12/02/19 | J | | |
| 39. Blackrock Equity Dividend-Kd (MKDVX) | A | Dividend | | | Buy (add'l) | 07/19/19 | J | | |
| 40. | | | | | Sold | 10/15/19 | K | B | |
| 41. Credit Suisse Comm RET Strategy Fund (CRSOX) | | None | | | Sold | 03/28/19 | J | | |
| 42. Delaware Small Cap Value Fund-R6 (DVZRX) | A | Dividend | J | T | Sold (part) | 02/22/19 | J | A | |
| 43. Dodge & Cox Stk Fd (DODGX) | A | Dividend | K | T | Buy | 10/15/19 | K | | |
| 44. | | | | | Sold (part) | 12/02/19 | J | A | |
| 45. Franklin Mutual Shares-R6 (FMSHX) | A | Dividend | | | Sold | 10/15/19 | J | A | |
| 46. Harbor Capital Appreciation-Rtr (HCAIX) | A | Dividend | J | T | Sold (part) | 12/02/19 | J | | |
| 47. Hartford Equity Income-F (HQIVX) | A | Dividend | J | T | | | | | |
| 48. Ishares S&P 500 Index-K (WFSPX) | A | Dividend | K | T | Buy | 10/15/19 | K | | |
| 49. | | | | | Sold (part) | 12/02/19 | J | | |
| 50. Ishares-Msci EAFE Intl Index K (BTMKX) | A | Dividend | J | T | | | | | |
| 51. Ivy Mid Cap Growth Fund-N (WMGAX) | | None | J | T | Sold (part) | 02/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Sold (part) | 12/02/19 | J | | |
| 53. Jensen Quality Growth-Y (JENYX) | A | Dividend | J | T | Sold (part) | 12/02/19 | J | | |
| 54. JPMorgan Mid Cap Value-R6 (JMVYX) | A | Dividend | J | T | Buy (add'l) | 01/07/19 | J | | |
| 55. | | | | | Sold (part) | 02/22/19 | J | A | |
| 56. Morgan Stanley Ins Global Re-A (MRLBX) | A | Dividend | J | T | | | | | |
| 57. Oakmark International-Inst (OANIX) | A | Dividend | K | T | Buy (add'l) | 01/07/19 | J | | |
| 58. | | | | | Sold (part) | 12/02/19 | J | | |
| 59. Primecap Odyssey Stock Fund (POSKX) | | None | | | Sold | 10/15/19 | J | | |
| 60. American Funds Capital World Bond Fund (RCEBX) | | None | J | T | | | | | |
| 61. Baird Aggregrate Bond Fund--Inst (BAGIX) | A | Dividend | K | T | Buy (add'l) | 02/22/19 | J | | |
| 62. | | | | | Sold (part) | 01/07/19 | J | | |
| 63. Dodge & Cox Income Fund Com (DODIX) | A | Dividend | K | T | Sold (part) | 01/07/19 | J | | |
| 64. | | | | | Buy (add'l) | 02/22/19 | J | | |
| 65. iShares US Aggregate Bond Index Fund (BMOPX) | A | Dividend | K | T | Sold (part) | 01/07/19 | J | | |
| 66. | | | | | Buy (add'l) | 02/22/19 | J | | |
| 67. JPMorgan Core Bond Fund (JCBPX) | A | Dividend | K | T | Sold (part) | 01/07/19 | J | | |
| 68. | | | | | Buy (add'l) | 02/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 03/28/19 | J | | |
| 70. JPMorgan High Yield Fund (JRJKX) | A | Dividend | K | T | Buy (add'l) | 03/28/19 | J | | |
| 71. Pioneer Bond Fund (PBFKX) | A | Dividend | K | T | Buy (add'l) | 02/22/19 | J | | |
| 72. PGIM Total Return Bond Fund (PDBAX) | A | Dividend | J | T | Buy (add'l) | 03/27/19 | J | | |
| 73. Trust #2 (H) | | | | | | | | | |
| 74. Edward Jones Money Market Fund (JNSXX) (cash equivalent) | B | Dividend | L | T | | | | | |
| 75. NC Cap Facs Fin Agy Edl Facs 4.50% | B | Interest | | | Redeemed | 01/02/19 | K | | |
| 76. Univ NC Sys Pool Rev Ser B 4.75% | B | Interest | | | Redeemed | 10/01/19 | K | | |
| 77. NC St Cap Impt Ltd Oblig Rev 3.50% | A | Interest | K | T | | | | | |
| 78. Durham NC Ltd Oblig Ser A Rev 3.50% | A | Interest | K | T | | | | | |
| 79. Raleigh Durham NC Arpt Auth 4.00% | A | Interest | J | T | | | | | |
| 80. High Pt NC Comb ENT Sys Rev 3.25% | A | Interest | J | T | | | | | |
| 81. NC Med Care Commn Rfdg Rev 4.75% | B | Interest | L | T | | | | | |
| 82. New Hanover Cnty NC Ltd Oblg A 3.25% | A | Interest | K | T | | | | | |
| 83. NC Cap Facs Fin Agy Rev 4.375% | A | Interest | K | T | | | | | |
| 84. Monrie N C Ltd Oblig Ser 2018 3.125% | A | Interest | K | T | | | | | |
| 85. Charlotte NC COP Convtn Fac Pj 5.00% | A | Interest | | | Redeemed | 06/03/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Orange Cnty N C 3.00% | A | Interest | K | T | | | | | |
| 87. Surry Cnty N C GO Ser 2018 3.375% | A | Interest | K | T | | | | | |
| 88. NC TPK Auth Rev Monroe Connect 4.25% | A | Interest | K | T | | | | | |
| 89. Buncombe Cnty NC Ltd Oblig Rev 3.375% | A | Interest | J | T | | | | | |
| 90. NC Cap Facs Fin Agy Solid Wste 4.625% | | None | K | T | | | | | |
| 91. Beaufort Cnty NC Ltd Oblig 3.75% | A | Interest | K | T | | | | | |
| 92. Western Carolina Univ N C Rev 3.625% | A | Interest | J | T | | | | | |
| 93. Truist FINL Corp (BBK) was BB&T Corp (BBT) | A | Dividend | K | T | | | | | |
| 94. Exxon Mobil Corp (XOM) | B | Dividend | K | T | | | | | |
| 95. Pfizer Inc (PFE) | B | Dividend | L | T | | | | | |
| 96. Walgreens Boots Alliance Inc (WBA) | A | Dividend | K | T | | | | | |
| 97. Wells Fargo & Co (WFC) | A | Dividend | K | T | | | | | |
| 98. American AMCAP A (AMCPX) | C | Dividend | L | T | | | | | |
| 99. American Cap Wrld Grw & Inc A (CWGIX) | D | Dividend | M | T | | | | | |
| 100. American Europacific Growth A (AEPGX) | B | Dividend | K | T | | | | | |
| 101. American Fundamental INV A (RFEBX) | E | Dividend | N | T | | | | | |
| 102. American Growth Fd of Amer A (AGTHX) | E | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. American Inc Fund of Amer A (AMECX) | D | Dividend | M | T | | | | | |
| 104. Franklin NC Tax-Free Income A (FQNCX) | B | Dividend | L | T | | | | | |
| 105. Edward Jones Polaris II A-Class Platinum Annuity (fixed contract) | | None | N | T | | | | | |
| 106. Edward Jones Choiceplus Assurance A-Share Annuity (fixed contract) | | None | M | T | | | | | |
| 107. Edward Jones Hartford Leaders Edge Annuity (fixed contract) | | None | M | T | | | | | |
| 108. Edward Jones Protective Values/Advantage Annuity (fixed contract) | | None | M | T | | | | | |
| 109. Brokerage Account #2 (H) | | | | | | | | | |
| 110. Raymond James Money Market Account (cash) | A | Interest | K | T | Open | 08/09/19 | K | | |
| 111. 529 Account #1 (H) | | | | | | | | | |
| 112. American VA 529 College Enrollment FD (CENFX) | A | Dividend | J | T | Sold (part) | 07/23/19 | J | | |
| 113. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 114. | | | | | Sold (part) | 09/04/19 | J | A | |
| 115. | | | | | Sold (part) | 10/29/19 | J | A | |
| 116. | | | | | Sold (part) | 11/25/19 | J | A | |
| 117. | | | | | Sold (part) | 12/27/19 | J | A | |
| 118. American VA 529 Global Balanced Fund (CBFAX) | A | Dividend | | | Sold | 08/01/19 | J | | |
| 119. American VA 529 Global Balanced Fd Cl C (CBFCX) (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. 529 Account #2 (H) | | | | | | | | | |
| 121. American VA 529 College 2018 Fund (CENCX) (Y) | | | | | | | | | |
| 122. American VA 529 College Enrollment Fd Cl A (CENAX) | None | L | T | | Sold (part) | 07/18/19 | J | A | |
| 123. | | | | | Sold (part) | 07/22/19 | J | A | |
| 124. | | | | | Sold (part) | 11/25/19 | J | A | |
| 125. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 126. 529 Account #3 (H) | | | | | | | | | |
| 127. American VA 529 College 2027 Fund (CSTAX) (Y) | | | | | | | | | |
| 128. American VA 529 College 2027 Fund Cl F1 (CTSFX) | B | Dividend | L | T | | | | | |
| 129. UTMA Custodial Account #1 (H) | | | | | | | | | |
| 130. America Inc Fund of America (AMECX) | C | Dividend | | | Sold | 07/30/19 | K | | |
| 131. UTMA Custodial Account#2 (H) | | | | | | | | | |
| 132. America Inc Fund of America (AMECX) | C | Dividend | L | T | | | | | |
| 133. UTMA Custodial Account #3 (H) | | | | | | | | | |
| 134. America Inc Fund of America (AMECX) | A | Dividend | J | T | Buy | 04/10/19 | J | | |
| 135. Former Law Firm-Related Assets (H) | | | | | | | | | |
| 136. 11 North Market Street, LLC Promissory Note | D | Interest | M | T | Distributed (part) | 01/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Metcalf, William C.** | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Distributed (part) | 03/28/19 | J | | |
| 138. | | | | | Distributed (part) | 06/24/19 | J | | |
| 139. | | | | | Distributed (part) | 09/23/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Truist FINL Corp (BBK) was BB&T Corp (BBT).

Part VII, line 136: See Part II, line 1.

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/05/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William C. Metcalf**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544